**CRATER CORPORATION,**
Plaintiff–Appellant,

v.

**LUCENT TECHNOLOGIES, INC. and AT & T Company, Defendants–Appellees,**

and

**United States, Defendant.**

No. 2008–1289.

United States Court of Appeals, Federal Circuit.

April 2, 2009.

Robert Schultz, Schultz & Associates LLP, of Chesterfield, MO, argued for plaintiff-appellant. With him on the brief was Ronald J. Eisenberg.

K. Lee Marshall, Bryan Cave LLP, of St. Louis, MO, argued for defendants-appellees. With him on the brief was Louis F. Bonacorsi.

MICHEL, Chief Judge, SCHALL and LINN, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.